# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS JOSEPH DAYRIDER,<br><br>Defendant. | CR-19-05-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO CHANGE PLEA** |

Defendant Douglas Joseph Dayrider (Dayrider) appeared before United States Magistrate Judge John Johnston on April 24, 2019, and entered a plea of guilty to Failure to Register or Update Registration under SORNA, 18 U.S.C. §2250. Judge Johnston entered Findings and Recommendations on April 18, 2017. (Doc. 22.)

Judge Johnston determined: (1) that Dayrider was fully competent and capable of entering an informed and voluntary plea; (2) that Dayrider was aware of the nature of the charges against him and the consequences of pleading guilty to Failure to Register or Update Registration under SORNA as charged in the Indictment; (3) that Dayrider understood his constitutional rights, and the extent to which he was waiving those rights by pleading guilty; and (4) that Dayriders's plea

1

of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the essential elements of the offense charged in the Indictment. *Id.* at 1-2.

Judge Johnston recommended that this Court accept Dayrider's plea of guilty to Failure to Register or Update Registration under SORNA as charged in the Indictment. *Id.* at 2. Dayrider waived the 14 day objection period. The Court has reviewed Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error.

Accordingly, **IT IS ORDERED** that Magistrate Judge Johnston's Findings and Recommendations (Doc. 22) is **ADOPTED IN FULL.** Dayrider's Motion to Change Plea (Doc. 18) is **GRANTED**.

DATED this 25th day of April, 2019.

Brian Morris
United States District Court Judge